Frederick Brown
Austin V. Schwing
Lindsey E. Blenkhorn
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Ste. 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Fax: (415) 986-5309
E-Mail: fbrown@gibsondunn.com
Email: aschwing@gibsondunn.com
Email: lblenkhorn@gibsondunn.com

Gregory J. Kerwin
Juliet M. Hanna
Gibson, Dunn & Crutcher LLP
1801 California Street, Ste. 4200
Denver, CO 80202-2642
Phone: (303) 298-5700
Fax: (303) 296-5310
Email: gkerwin@gibsondunn.com
Email: jhanna@gibsondunn.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED AGUIRRE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BP WEST COAST PRODUCTS LLC, CHEVRON USA, INC., CIRCLE K STORES, INC., CITGO PETROLEUM CORPORATION, COSTCO WHOLESALE CORPORATION, FLYING J, INC., LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, SHELL OIL PRODUCTS COMPANY LLC AND VALERO MARKETING AND SUPPLY COMPANY,<br><br>Defendants. | Case No.: C 07 1534 MJJ<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Civil L.R. 6.1(a) Plaintiff and Defendants stipulate to extend the time within which Defendants are permitted to respond to Plaintiff's Complaint. The stipulated response date is May 11, 2007. This will not alter any deadlines fixed by the Court.

Dated: April 10, 2007

/s/
Frederick Brown
Austin V. Schwing
Lindsey E. Blenkhorn
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Ste. 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Fax: (415) 986-5309
E-Mail: fbrown@gibsondunn.com
Email: aschwing@gibsondunn.com
Email: lblenkhorn@gibsondunn.com

Gregory J. Kerwin
Juliet M. Hanna
Gibson, Dunn & Crutcher LLP
1801 California Street, Ste. 4200
Denver, CO 80202-2642
Phone: (303) 298-5700
Fax: (303) 296-5310
Email: gkerwin@gibsondunn.com
Email: jhanna@gibsondunn.com

ATTORNEYS FOR DEFENDANT

FLYING J, INC.

*Filer's Attestation: Pursuant to General Order No. 45 Section X(B) regarding signatures, Frederick Brown hereby attests that concurrence in the filing of this document has been obtained.*

/s/
Wendy Jacobsen Harrison
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone:   (602) 274-1100
Fax:              (602) 274-1199
E-Mail:   wharrison@bffb.com
ATTORNEYS FOR PLAINTIFF
FRED AGUIRRE

/s/
Ronald C. Redcay
Sean Morris
Melanie Hanson Sartoris
Arnold & Porter LLP
777 South Figueroa Street
Los Angeles, CA  90017-5844
Telephone:      (213) 243-4000
                (213) 243-4002 (Redcay)
                (213) 243-4222 (Morris)
                (213) 243-4240 (Hanson)
Fax:            (213) 243-4199
E-Mail:   Ronald.Redcay@aporter.com
          Sean.Morris@aporter.com
          Melanie.Hanson.Sartoris@aporter.com
ATTORNEYS FOR DEFENDANT
BP WEST COAST PRODUCTS LLC

/s/
Ernest J. Getto
Stephen Stublarec
Darius Ogloza
Latham & Watkins
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 395-8189 (EJG)
Telephone: (415) 395-8811 (SS)
Fax:       (415) 395-8095-5309
E-Mail:  ernie.getto@lw.com
         steve.stublarec@lw.com
         darius.ogloza@lw.com
ATTORNEYS FOR DEFENDANT
CHEVRON USA, INC.

/s/
Tristan Duncan
Laura Fey
Tim Congrove
Dylan L. Murray
Rebecca Schwartz
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone: (816) 474-6550
Fax:       (816) 421-5547
E-Mail:  tlduncan@shb.com

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

        lfey@shb.com
       tcongrove@shb.com
       dlmurray@shb.com
       rschwartz@shb.com
ATTORNEYS FOR DEFENDANTS
CIRCLE K STORES INC.,
PETRO STOPPING CENTERS, L.P. AND PILOT
TRAVEL CENTERS LLC

/s/ _____
Nathan P. Eimer
Lisa S. Meyer
Ameri R. Giannotti
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL  60604
Telephone:  (312) 660-7600
Fax:          (312) 660-7601
E-Mail:  neimer@eimerstahl.com
    llmeyer@eimerstahl.com
    agiannotti@eimerstahl.com
ATTORNEYS FOR DEFENDANT
CITGO PETROLEUM CORPORATION.

/s/ _____
David F. McDowell
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA  90013-1024
Telephone:  (213) 892-5383
Fax:          (213) 892-5454
E-Mail:       dmcdowell@mofo.com
ATTORNEYS FOR COSTCO WHOLESALE
CORPORATION

/s/ _____
John J. Griffin, Jr.
Crowe & Dunlevy, P.C.
20 N. Broadway, Suite 1800
Oklahoma City, OK  73102
Telephone:  (405) 235-7718 (Griffin)
Fax:          (405) 272-5225
E-Mail:  john.griffin@crowedunlevy.com
ATTORNEYS FOR DEFENDANT
LOVE'S TRAVEL STOPS & COUNTRY
STORES, INC.

Gibson, Dunn &
Crutcher LLP

4

Stipulation for Extension of Time for Defendants to Respond-Case No. C 07 1534 MJJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ _____
Donald B. Craven
James P. Tuite
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564
Telephone:  (202) 887-4000
               (202) 887-4081 (Craven)
               (202) 887-4406 (Tuite)
Fax:           (202) 887-4288
E-Mail:  dcraven@akingump.com
              jtuite@akingump.com
ATTORNEYS FOR VALERO MARKETING AND SUPPLY COMPANY



IT IS SO ORDERED
Judge Martin J. Jenkins
04/11/07

Gibson, Dunn & Crutcher LLP

Stipulation for Extension of Time for Defendants to Respond-Case No. C 07 1534 MJJ