Frederick Brown
Austin V. Schwing
Lindsey E. Blenkhorn
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Ste. 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Fax: (415) 986-5309
E-Mail: fbrown@gibsondunn.com
Email: aschwing@gibsondunn.com
Email: lblenkhorn@gibsondunn.com

Gregory J. Kerwin
Juliet M. Hanna
Gibson, Dunn & Crutcher LLP
1801 California Street, Ste. 4200
Denver, CO 80202-2642
Phone: (303) 298-5700
Fax: (303) 296-5310
Email: gkerwin@gibsondunn.com
Email: jhanna@gibsondunn.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED AGUIRRE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BP WEST COAST PRODUCTS LLC, CHEVRON USA, INC., CIRCLE K STORES, INC., CITGO PETROLEUM CORPORATION, COSTCO WHOLESALE CORPORATION, FLYING J, INC., LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, SHELL OIL PRODUCTS COMPANY LLC AND VALERO MARKETING AND SUPPLY COMPANY,<br><br>Defendants. | Case No.: C 07 1534 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; ORDER THEREON** |

WHEREAS the above-captioned case is one of more than 35 cases filed in district courts throughout the United States that are the subject of a motion to transfer and consolidate pursuant to 28 U.S.C. §1407 that is pending before the Judicial Panel on Multidistrict Litigation (the "Panel"); and

WHEREAS the parties agree that the Panel is likely to transfer this and the other pending actions like it to a single district for coordinated pretrial proceedings; and

WHEREAS the parties further believe that judicial economy and efficiency will be served, and that duplicative discovery and motion practice and the risk of inconsistent orders or rulings in this case and the various other similar cases can be avoided if this case is stayed for a short time, pending a ruling by the Panel; and

WHEREAS stays already have been entered in many of the cases that are the subject of the transfer motion before the Panel, including *Rushing, et al. v. Alon USA, inc., et al.*, Northern District of California Case No. C 06 7621 PJH; and *Telles, et al. v. ConocoPhillips Company, et al.*, Northern District of California Case No. C 07 1305 S C;

NOW THEREFORE, the parties, through their undersigned counsel, stipulate and agree that the above-captioned case should be stayed pending a ruling the Panel, and that an Order to that effect should be entered pursuant to Civil L.R. 7-12. The parties further agree to notify the Court within ten days of receipt of a ruling by the Panel on the motion to transfer.

Dated: April 10, 2007

/s/ Frederick Brown
Frederick Brown
Austin V. Schwing
Lindsey E. Blenkhorn
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Fax: (415) 986-5309
E-Mail: fbrown@gibsondunn.com
Email: aschwing@gibsondunn.com
Email: lblenkhorn@gibsondunn.com

Gregory J. Kerwin
Juliet M. Hanna
Gibson, Dunn & Crutcher LLP
1801 California Street, Ste. 4200
Denver, CO 80202-2642
Phone: (303) 298-5700
Fax: (303) 296-5310

Email: gkerwin@gibsondunn.com
Email: jhanna@gibsondunn.com
ATTORNEYS FOR DEFENDANT
FLYING J, INC.

*Filer's Attestation: Pursuant to General Order No. 45 Section X(B) regarding signatures, Frederick Brown hereby attests that concurrence in the filing of this document has been obtained.*

/s/ _____
Wendy Jacobsen Harrison
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone:   (602) 274-1100
Fax:         (602) 274-1199
E-Mail:   wharrison@bffb.com
ATTORNEYS FOR PLAINTIFF
FRED AGUIRRE

/s/ _____
Ronald C. Redcay
Sean Morris
Melanie Hanson Sartoris
Arnold & Porter LLP
777 South Figueroa Street
Los Angeles, CA 90017-5844
Telephone:   (213) 243-4000
             (213) 243-4002 (Redcay)
             (213) 243-4222 (Morris)
             (213) 243-4240 (Hanson)
Fax:         (213) 243-4199
E-Mail:   Ronald.Redcay@aorter.com
          Sean.Morris@aporter.com
          Melanie.Hanson.Sartoris@aporter.com
ATTORNEYS FOR DEFENDANT
BP WEST COAST PRODUCTS LLC

/s/
Ernest J. Getto
Stephen Stublarec
Darius Ogloza
Latham & Watkins
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 395-8189 (EJG)
Telephone: (415) 395-8811 (SS)
Fax: (415) 395-8095-5309
E-Mail: ernie.getto@lw.com
steve.stublarec@lw.com
darius.ogloza@lw.com
ATTORNEYS FOR DEFENDANT
CHEVRON USA, INC.

/s/
Tristan Duncan
Laura Fey
Tim Congrove
Dylan L. Murray
Rebecca Schwartz
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Fax: (816) 421-5547
E-Mail: tlduncan@shb.com
lfey@shb.com
tcongrove@shb.com
dlmurray@shb.com
rschwartz@shb.com
ATTORNEYS FOR DEFENDANTS
CIRCLE K STORES INC.,
PETRO STOPPING CENTERS, L.P. AND PILOT
TRAVEL CENTERS LLC

/s/
Nathan P. Eimer
Lisa S. Meyer
Ameri R. Giannotti
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax:            (312) 660-7601
E-Mail: neimer@eimerstahl.com
             llmeyer@eimerstahl.com
             agiannotti@eimerstahl.com
ATTORNEYS FOR DEFENDANT
CITGO PETROLEUM CORPORATION.

/s/
David F. McDowell
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Telephone: (213) 892-5383
Fax:            (213) 892-5454
E-Mail:        dmcdowell@mofo.com
ATTORNEYS FOR COSTCO WHOLESALE
CORPORATION

/s/
John J. Griffin, Jr.
Crowe & Dunlevy, P.C.
20 N. Broadway, Suite 1800
Oklahoma City, OK 73102
Telephone: (405) 235-7718 (Griffin)
Fax:            (405) 272-5225
E-Mail: john.griffin@crowedunlevy.com
ATTORNEYS FOR DEFENDANT
LOVE'S TRAVEL STOPS & COUNTRY
STORES, INC.

```
                                    /s/
                                    _____
                                    Fredric C. Nelson
                                    John R. Foote
                                    Kathryn McQueen Barnes
                                    Thelen Reid Brown Raysman & Steiner LLP
                                    101 Second Street, Suite 1800
                                    San Francisco, CA  94105
                                    Telephone:  (415) 371-1200
                                    Fax:        (415) 271-1211
                                                (415) 369-7333 (Nelson)
                                                (415) 369-7303 (Foote)
                                                (415) 369-7345 (Barnes)
                                    E-Mail: fcnelson@thelen.com
                                            jrfoote@thelen.com
                                            kbarnes@thelen.com
                                    ATTORNEYS FOR SHELL OIL PRODUCTS
                                    COMPANY, LLC


                                    /s/
                                    _____
                                    Donald B. Craven
                                    James P. Tuite
                                    Akin Gump Strauss Hauer & Feld LLP
                                    Robert S. Strauss Building
                                    1333 New Hampshire Avenue, N.W.
                                    Washington, DC  20036-1564
                                    Telephone:  (202) 887-4000
                                                (202) 887-4081 (Craven)
                                                (202) 887-4406 (Tuite)
                                    Fax:        (202) 887-4288
                                    E-Mail: dcraven@akingump.com
                                            jtuite@akingump.com
                                    ATTORNEYS FOR VALERO MARKETING
                                    AND SUPPLY COMPANY
```

PURSUANT TO STIPULATION, IT SO ORDERED.

Dated:   04/12/07

_____
Honorable Judge Martin J. Jenkins
United States District Judge

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*
(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)